CARL B. JOHNSON (SBN 99815)
WILLIAM L. MARCHANT (SBN 154445)
McKENNA LONG & ALDRIDGE LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:    415.267.4198

Attorneys for Defendant Robert Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT MILLER; ODELL HASHMAT TRISTIN; and DOES 1-10,<br><br>         Defendants. | Case No. 2:14-cv-01113-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, plaintiff Scott Johnson ("Plaintiff") and defendant Robert Miller have met and conferred about the schedule for this case and have determined that this proposed stipulation will not impact any of the dates set by the Court;

WHEREAS, plaintiff has represented that Mr. Miller's response to the complaint is due on Monday, June 2, 2014;

WHEREAS, plaintiff is not aware if it has served defendant Odell Hashmat Tristin yet, and there may be other parties necessary to the lawsuit that need to be added;

THEREFORE, Plaintiff and Defendant Miller hereby stipulate that Defendant Miller has until Wednesday, June 11, 2014, to respond to Plaintiff's Complaint.

1   DATED: May 30, 2014                CENTER FOR DISABILITY ACCESS

2

3
                                       By: _____
4                                          Raymone G. Ballister, Jr.
                                           Phyl Grace
5                                          Attorneys for Plaintiff

6

7   DATED: May 30, 2014                McKENNA LONG & ALDRIDGE LLP

8

9                                      By: _____
                                           Carl B. Johnson
10                                         William L. Marchant
                                           Attorneys for Defendant Robert Miller
11

12
            IT IS SO ORDERED:
13  Dated: May 30, 2014

14

15                                     _____
16                                     GARLAND E. BURRELL, JR.
                                       Senior United States District Judge
17